UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE: Chapter 11

BRIGID GIAMBRONE, Case No. 16-42610-CEC

Debtor.

----------------------------------------------------------X

**FINAL DECREE**

Whereas, Brigid Giambrone, debtor and debtor in possession, filed a voluntary petition under title 11, Chapter 11 in the United States Bankruptcy Court for the Eastern District of New York on June 14, 2016; and

Whereas, a Plan of Reorganization was proposed to the creditors and was confirmed by Order of this Court on January ~~29~~ ***26***, 2018 ***(CEC)***; and

Whereas, debtor has reported to this court that the Plan of Reorganization has been fully administered pursuant to EDNY LBR 3022-1; and

Whereas, FRBP 3022 provides for the entry of a Final Decree; it is therefore

ORDERED that the Final Report of the Debtor is approved, the Motion for Final Decree is granted, that, except as provided in 11 U.S.C. §1141(d)(2) and (d)(3), the provisions of said Plan are binding upon the Debtor, any creditor, whether or not the claim or interest of such creditor is impaired under the Plan, and whether or not such creditor has accepted the Plan; and it is hereby

ORDERED that, except as otherwise provided in said Plan, or the Order confirming said Plan, the property and proceeds dealt with by the Plan are free and clear of all claims and interests of creditors of the Debtor; and it is hereby

ORDERED, that the Debtor shall (a) provide to the United States Trustee an affidavit of disbursements for the fourth quarter 2018 within 7 days of the date of the entry of this order and

(b) pay to the United States Trustee any outstanding quarterly fees pursuant to 28 U.S.C. § 1930 (and any applicable interest thereon) with 10 days of the date of the entry of this order; and it is hereby

ORDERED that the case is closed subject to the Debtor's rights to reopen to file a motion for a discharge pursuant to 11 U.S.C.§350(b) upon completion of all payments due under the Plan.

~~The Clerk of Court is directed to forward a copy of this Order to the Debtor, debtor's counsel and the Office of the U. S. Trustee~~. ***(CEC)***

_______________________________________

US Trustee has reviewed and has no objection




**Dated: Brooklyn, New York**
**December 28, 2018**

**Carla E. Craig**
**United States Bankruptcy Judge**